**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Kathleen Glassponce,<br><br>Defendant. | 4:24-po-5170-JTJ<br><br>**ORDER** |

Upon the motion to appear remotely and with good cause shown, IT IS

HEREBY ORDERED that the Defendant may appear remotely at the initial

appearance on December 5, 2024.  The Deputy Clerk of Court will provide to the

defendant the instructions to appear remotely.

DATED this 4th day of December, 2024.

_____
John Johnston
United States Magistrate Judge