# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KATHLEEN F. GLASSPONCE, Defendant. | PO 24-5170-GF-JTJ<br><br>VIOLATION:<br>E2029865<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $100 fine and $30 processing fee for violation E2029865 (for a total of $130), and for good cause shown, **IT IS ORDERED** that the $130 fine paid by the defendant is accepted as a full adjudication of violation E2029865.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 6, 2025, is **VACATED.**

DATED this 27h day of January, 2025.

_____
John Johnston
United States Magistrate Judge