# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO 24-5170-GF-JTJ |
| Plaintiff, | VIOLATION: E2029865 |
| vs. | Location Code: M13 |
| KATHLEEN F. GLASSPONCE, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $100 fine and $30 processing fee for violation E2029865 (for a total of $130), and for good cause shown, **IT IS ORDERED** that the $130 fine paid by the defendant is accepted as a full adjudication of violation E2029865.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 6, 2025, is **VACATED.**

DATED this 27h day of January, 2025.

_____
John Johnston
United States Magistrate Judge